UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ALI MEHRALIAN,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>H. JUDGE TIMOTHY J. McMANUS, 1st JUDICIAL DISTRICT COURT, CAROLYN M. RENN, Administrator, DAKOTA COUNTY SHERIFF and INDIVIDUAL DEPUTIES, WILLIAM BERNARD, City Attorney, GRANNIS & HAUGE, P.A. Prosecutor for City of Eagin, DANNIA EDWARDS, Counsel 1st Judicial Public Defender Office, RACHEL M. DAVIES f/k/a MEHRALIAN, ROGER PIATE, JR., and FRANCISCO CAMPOS,<br><br>　　　　　　　Defendants. | Civil 13-3550 (JRT/JSM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

---

Ali Mehralian, address unknown, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 1, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED AS MOOT**; and

2.      This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2014
at Minneapolis, Minnesota

                                                ____s/John R. Tunehim____
                                                  JOHN R. TUNHEIM
                                          United States District Judge